IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>    Plaintiffs,<br><br>v.<br><br>HC AURORA, LLC and PENN NATIONAL GAMING, INC.,<br><br>    Defendants. | Case No. 19-CV-8040 |

## *MOFFETT* PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS

Plaintiffs in *Will Moffett and Curtis Bowers, et al. v. HC Aurora, LLC and Penn National Gaming, Inc*., Case No. 19-CV-8040, do not oppose Defendants' Motion for Reassignment Based on Relatedness, docketed at ECF No. 14 in *Anthony Adams et al. v. HC Aurora*, *LLC*, Case No. 19-CV-7539.

January 3, 2020

SCHLICHTER BOGARD & DENTON LLP

/s/ Andrew D. Schlichter
Jerome J. Schlichter (#2488116)
Andrew D. Schlichter (#58959)
Alexander L. Braitberg (#6320350)
Brett Rismiller*
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth St., Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
aschlichter@uselaws.com
abraitberg@uselaws.com
brismiller@uselaws.com
Attorneys for Plaintiffs
**Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I certify that on January 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

/s/ Andrew D. Schlichter
Andrew D. Schlichter
