# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Anthony Adams, et al.

                    Plaintiff,

v.                                                           Case No.: 1:19−cv−07539

                                                                   Honorable Matthew F. Kennelly

HC Aurora, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties in this case and Case No. 19 C 8040 are directed to file in both cases, by 4/3/2020, a single joint status report describing the status of defendants' production of records as discussed at the previous two status hearings. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.