# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY ADAMS, on behalf of himself and all other persons similarly situated, known and unknown<br><br>*Plaintiff,*<br><br>v.<br><br>HC AURORA, LLC,<br><br>*Defendant.* | No. 19-CV-07539 |

## JOINT STATUS REPORT

Through their undersigned counsel, the parties submit this Joint Status Report as required by this Court's orders on March 2, 2020 and April 8, 2020:

1. Shortly after this lawsuit was filed, Defendant's counsel stated that Defendant would voluntarily produce documents showing that Defendant did not use facial recognition technology at its casino as Plaintiff has alleged in his Class Action Complaint.

2. On April 17, 2020, Defendant's counsel produced certain documents to Plaintiff. According to Defendant, these documents include contracts between Defendant and Biometrica Systems, Inc. ("Biometrica"), privacy notices issued to Defendant's patrons, a Gramm Leach Bliley Act Credit Privacy Notice and Opt-Out Policy, and a record showing last access dates regarding Biometrica's facial recognition product.

3. Plaintiff's counsel is reviewing those documents and will work with Defendant's counsel to identify additional documents Plaintiff needs to reach a potential resolution of this case. Plaintiff's counsel has also been informed that Defendant's casino is currently closed as a result

of the current COVID-19-related state of affairs, and additional documents, to the extent any are necessary, will be difficult to obtain in the immediate future until the casino reopens.

Dated: April 24, 2020                                                Respectfully Submitted,

| | |
|---|---|
| /s/ Zachary C. Flowerree | /s/Zachary R. Clark (with Consent) |
| Douglas M. Werman | Daniel R. Saeedi (#6296493) |
| (dwerman@flsalaw.com) | dsaeedi@taftlaw.com |
| Maureen A. Salas (msalas@flsalaw.com) | Allison E. Czerniak (#6319273) |
| Zachary C. Flowerree | aczerniak@taftlaw.com |
| (zflowerree@flsalaw.com) | Zachary R. Clark (#6328816) |
| Sarah J. Arendt (sarendt@flsalaw.com) | zclark@taftlaw.com |
| **WERMAN SALAS P.C.** | **TAFT STETTINIUS & HOLLISTER LLP** |
| 77 W. Washington Street, Suite 1402 | 111 East Wacker Drive, Suite 2800 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| Telephone: (312) 419-1008 | Telephone: (312) 527-4000 |
| Facsimile: (312) 419-1025 | Facsimile: (312) 966-8584 |
| | |
| Joseph A. Fitapelli | *Attorneys for Defendant* |
| (jfitapelli@fslawfirm.com) | |
| Dana Cimera (dcimera@fslawfirm.com) | |
| **FITAPELLI & SCHAFFER, LLP** | |
| 28 Liberty Street, 30th Floor | |
| New York, NY 10005 | |
| Telephone: (212) 300-0375 | |
| | |
| *Attorneys for Plaintiff* | |