## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Anthony Adams, et al.
                         Plaintiff,

v.
                                                  Case No.: 1:19−cv−07539
                                                  Honorable Matthew F. Kennelly

HC Aurora, LLC
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2020:

       MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry [45], which contained a typographical error. This case is dismissed without prejudice and without costs pursuant to the notice of voluntary dismissal. All pending dates before this Court is stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.